**Order entered October 23, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00248-CR

**CARLOS DANIEL PADILLA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F16-59454-U**

## ORDER

The reporter's record was filed September 28, 2018. Missing from the record is State's Exhibit 31, a video from the police in-car camera. We **ORDER** court reporter Sasha Brooks to file a supplemental reporter's record containing a true and correct playable copy of State's Exhibit 31 within **FIFTEEN DAYS OF THE DATE OF THIS ORDER**.

We **DIRECT** the Clerk to send copies of this order to the Honorable Stephanie Mitchell, Presiding Judge, 291st Judicial District Court; Sasha Brooks, official court reporter, 291st Judicial District Court; and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE